UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 84-CR-142 (BAH) |
| : | |
| : | |
| DON R. WALLACE : | |

### GOVERNMENT'S RESPONSE TO PETITION FOR UNCONDITIONAL RELEASE

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby responds to the Department of Behavioral Health's ("DBH") May 27, 2021, recommendation for defendant's unconditional release and defendant's June 14, 2021, Petition for Unconditional Release from his October 11, 1984, commitment pursuant to D.C. Code §24-501. Upon consideration of the representations of DBH in their letter to the Court and the defense motion, the government believes that defendant has met his burden for unconditional release from his commitment and will not pose a danger to himself or others in the reasonable future if unconditionally released. Accordingly, the Government does not oppose the DBH recommendation and defense motion for defendant's unconditional release in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar #415-793

*Kacie Weston*
Assistant United States Attorney
Maryland Bar
555 4th Street N.W.
Washington, D.C. 20530
202-252-7509
Kacie.Weston@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 15th day of June, 2021, I caused a copy of the foregoing Opposition to be electronically filed with the Court and counsel of record using the ECF system.

___/s/_____
KACIE M. WESTON
Assistant United States Attorney